IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Galman Group                         :
                                         :
            v.                           :
                                         :
Kathryn Swift,                           :
                        Appellant        :        No. 804 C.D. 2022

**PER CURIAM**                    **O R D E R**

NOW, May 6, 2024, having considered Appellant's application for reconsideration, the application is DENIED.